UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHERINE LYDON, Individually and as Executrix of the Estate of JOHN T. LYDON, JR., by her agent THE FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>T&N LIMITED, f/k/a T&N PLC, f/k/a Turner & Newall Plc, and f/k/a Turner & Newall Limited; and TAF INTERNATIONAL LIMITED, f/k/a Turners Asbestos Fibres Limited, and Raw Asbestos Distributors Limited,<br><br>Defendants. | Civil Action No. 12-10013-FDS |

ORDER ON OBJECTIONS TO DEPOSITION
TESTIMONY OF DR. WILLIAM KERNS

**SAYLOR, J.**

Dr. William Kerns testified at his deposition that he joined Turner & Newall in October 1964. The evidence at trial, as of this writing, is that the spraying of Limpet at the Prudential Center in Boston was concluded in 1963 or, at the very latest, in January or the winter of 1964. Dr. Kerns' testimony concerning his employment at Turner & Newall therefore appears to be irrelevant, and will be excluded unless plaintiff can demonstrate its relevance and that it otherwise satisfies the standard for admissibility.

**So Ordered.**

                                                                /s/ F. Dennis Saylor
                                                                F. Dennis Saylor IV
Dated: June 13, 2014                         United States District Judge