UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE LYDON, individually and as executrix of the estate of JOHN T. LYDON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>T&N LIMITED,<br><br>Defendant. | Civil Action No.<br>12-10013-FDS |

## JURY VERDICT FORM

As to the claims by plaintiff Katherine Lydon, individually and as executrix of the estate of John T. Lydon, Jr., against defendant T&N Limited, we make the following findings:

*Mark an "X" in the appropriate place. An answer of "yes" to any question is a verdict in favor of plaintiff on that question; an answer of "no" to any question is a verdict in favor of defendant on that question.*

**Negligence**

**Question 1.** Was the defendant T&N Limited negligent?

    ✓  Yes              _____ No

**Breach of Implied Warranty**

**Question 2.** Did defendant T&N Limited breach the implied warranty of merchantability?

    ✓  Yes              _____ No

*If you answered "yes" to either of the above questions, please answer Question 3. If you answered "no" to all of the above questions, please sign this form and submit it to the court officer.*

**Compensatory Damages**

**Question 3.**

*Answer Question 3 **only** if you answered "yes" to Questions 1 or 2 or both:*

As to the claims by plaintiff, we award compensatory damages in the following amount:

$ __3.1 m__ (*stating the amount or, if none, write the word "none"*).

**Gross Negligence or Willful, Wanton, or Reckless Conduct**

**Question 4.**

*Answer Question 4 **only** if you awarded compensatory damages in response to Question 3:*

Was the defendant T&N Limited grossly negligent or did it act willfully, wantonly, or recklessly as to Mr. Lydon?

__✓__ Yes    _____ No

**Punitive Damages**

**Question 5.**

*Answer Question 5 **only** if you answered "yes" to Question 4:*

As to the claims by plaintiff, we award punitive damages as to T&N Limited in the following amount:

$ __6.2 m__ (*stating the amount or, if none, write the word "none"*).

Your deliberations are complete. Please sign and date this form, and notify the court officer.

__Diana M Smith__    __06/20/14__
Foreperson    Date

3