# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KATHERINE LYDON, Individually and as Executrix of the Estate of JOHN T. LYDON, JR., by her agent THE FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST, | ) ) ) ) ) ) ) | Civil Action No. 12-10013-FDS |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| T&N LIMITED, f/k/a T&N PLC, f/k/a Turner & Newall Plc, and f/k/a Turner & Newall Limited; and TAF INTERNATIONAL LIMITED, f/k/a Turners Asbestos Fibres Limited, and Raw Asbestos Distributors Limited, | ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

### ORDER ON DEFENDANT T&N LIMITED'S APPLICATION TO INTERVIEW JURY POST-VERDICT

**SAYLOR, J.**

Defendant T&N has filed an application to interview the jury after the verdict. The First Circuit "prohibits the post-verdict interview of jurors by counsel, litigants or their agents except under the supervision of the district court, and then only in such extraordinary situations as are deemed appropriate." *United States v. Kepreos*, 759 F.2d 961, 967 (1st Cir. 1985). "Extraordinary situations" appropriate for post-verdict jury interview are generally limited to cases with strong evidence that a jury improperly reached a verdict. *See United States v. Boylan*, 898 F.2d 230, 258 (1st Cir. 1990). As there is no indication that the jury improperly reached a verdict, or that this case is otherwise an "extraordinary situation" appropriate for post-verdict

interviews, the application is denied.

**So Ordered.**

                                        /s/ F. Dennis Saylor
                                        F. Dennis Saylor IV
                                        United States District Judge

Dated:  July 1, 2014